253 So.2d 64

Anthony CUCCIA

v.

ALLSTATE INSURANCE COMPANY.

Albert PORTER

v.

ALLSTATE INSURANCE COMPANY.

No. 51669.

Oct. 15, 1971.

In re: Anthony Cuccia, applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 250 So.2d 60.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

253 So.2d 64

Joseph A. AIREY, Jr., et al.

v.

Mrs. Marguerite SAMPSON, Widow of Joseph A. AIREY, Sr.

No. 51672.

Oct. 15, 1971.

In re: Kenneth E. Pickering, applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 250 So.2d 52.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.